IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN HAMID NAHAVANDI,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>**v.**<br><br>**BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the State of California acting in its higher education capacity),**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:24-cv-03791 RGK(Ex)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DEADLINES DUE TO ONGOING WILDFIRES**<br><br>Courtroom:　850<br>Judge:　　Hon. R. Gary Klausner |

1

The Court has reviewed the Ex Parte Application of Defendant Board of Trustees of the California State University to continue the trial date and all related deadlines due to the ongoing wildfires in Los Angeles County. Good cause having been shown, the Court grants the Ex Parte Application.

Therefore, the trial date and litigation deadlines are continued as follows:

|  | **Previous date** | **Continued date** |
|---|---|---|
| Trial | April 29, 2025 |  |
| Pretrial conference | April 14, 2025 |  |
| Mediation deadline | February 28, 2025 |  |
| Motion cut-off date | February 14, 2025 |  |
| Discovery cut-off date | January 31, 2025 |  |

IT IS SO ORDERED.

Dated: _____      _____
                                     The Honorable R. Gary Klausner

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Nahavandi v. Board of Trustees of the CSU, et al.** | No. | **2:24-cv-03791-RGK-MRWx** |

I hereby certify that on January 10, 2025, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system.

### *[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DEADLINES DUE TO ONGOING WILDFIRES*

I certify that participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. In addition, I served the document by electronic mail addressed as follows:

Edwin Hamid Nahavandi                *Email: edwin.nahavandi@gmail.com*
5710 Comanche Ave.
Woodland Hills, CA. 91367

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 10, 2025, at Los Angeles, California.

| | |
|---|---|
| G. Agcaoili | */s/ G. Agcaoili* |
| Declarant | Signature |

LA2024302735