**NOTE: CHANGES MADE BY THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN HAMID NAHAVANDI,** | Case No. 2:24-cv-03791 RGK(Ex) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DEADLINES DUE TO ONGOING WILDFIRES    **[69]** |
| v. | |
| **BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the State of California acting in its higher education capacity),** | Courtroom:  850<br>Judge:   Hon. R. Gary Klausner |
| Defendant. | |

///
///
///

The Court has reviewed the Ex Parte Application of Defendant Board of Trustees of the California State University to continue the trial date and all related deadlines due to the ongoing wildfires in Los Angeles County. Good cause having been shown, the Court grants the Ex Parte Application.

Therefore, the trial date and litigation deadlines are continued as follows:

|  | **Previous date** | **Continued date** |
|---|---|---|
| Trial | April 29, 2025 | July 8, 2025 |
| Pretrial conference | April 14, 2025 | June 23, 2025 |
| Mediation deadline | February 28, 2025 | May 9, 2025 |
| Motion cut-off date | February 14, 2025 | April 25, 2025 |
| Discovery cut-off date | January 31, 2025 | April 11, 2025 |

IT IS SO ORDERED.

Dated: 1/16/2025

_____
The Honorable R. Gary Klausner