1  ROB BONTA
   Attorney General of California
2  BENJAMIN G. DIEHL
   Supervising Deputy Attorney General
3  CRISTINA M. MATSUSHIMA (SBN 291220)
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230
5   Telephone: (213) 269-6218
    Fax: (916) 731-2125
6   E-mail: Cristina.Matsushima@doj.ca.gov
   *Attorneys for Defendants Board of Trustees of the*
7  *California State University*

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11

12

| EDWIN HAMID NAHAVANDI,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | 2:24-cv-03791-RGK-MRWx<br><br>**DISCOVERY MATTER:**<br>**DEFENDANT'S NOTICE OF**<br>**MOTION FOR SANCTIONS**<br><br>[Filed concurrently with Joint Stipulation; Declaration of Cristina M. Matsushima; [Proposed] Order]<br><br>Date:        March 28, 2025<br>Time:        9:30 a.m.<br>Courtroom:   750<br>Judge:       Magistrate Judge<br>             Charles F. Eick<br><br>Discovery Cutoff: April 11, 2025<br>Pretrial Conference: June 23, 2025<br>Trial Date: July 8, 2025<br>Action Filed: May 7, 2024 |
|---|---|

1    PLEASE TAKE NOTICE that on March 28, 2025, at 9:30 a.m., or as soon thereafter as the matter may be heard before Magistrate Judge Charles F. Eick at the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750, 7th Floor, Defendant Board of Trustees of the California State University (CSU) will and hereby does move for terminating sanctions and attorney's fees or, in the alternative, evidentiary sanctions against Plaintiff Edwin Hamid Nahavandi (Plaintiff).

CSU moves for sanctions against Plaintiff pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) because Plaintiff's Written Disclosures and Interrogatory Responses are grossly deficient, fail to comply with the applicable Rules, and violate Magistrate Judge Charles F. Eick's December 18, 2024, Order (Discovery Order, ECF 67). In compliance with Rule 37(a)(1) and Local Rules 37, counsel for CSU conferred in writing and in person with Plaintiff regarding his deficient discovery responses, but Plaintiff has stated he does not intend to amend his responses.

This Motion is based on this Notice of Motion, the accompanying Joint Stipulation and Declaration of Cristina M. Matsushima, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of hearing.

Dated: February 25, 2025                Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney

/s/ Cristina M. Matsushima

CRISTINA M. MATSUSHIMA
Deputy Attorneys General
*Attorneys for Defendant*

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Nahavandi v. Board of Trustees of the CSU** | No. | **2:24-cv-03791 RGK(Ex)** |

I hereby certify that on <u>February 25, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANT'S NOTICE OF MOTION FOR SANCTIONS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 25, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Edwin Nahavandi
5710 Comanche Ave.
Woodland Hills, CA. 91367
edwin.nahovandi@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 25, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| Cecilia Apodaca | */s/ Cecilia Apodaca* |
| Declarant | Signature |

LA2024302735
67451666.docx