1  Edwin Hamid Nahavandi
2  5710 Comanche Ave.
3  Woodland Hills, CA. 91367
   Telephone: (818) 569-9673
4  Email: edwin.nahavandi@gmail.com

5  Plaintiff in pro per

6

7

8

9            **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11              **WESTERN DIVISION**

12

13  EDWIN HAMID NAHAVANDI          Case No. 2:24-cv-03791-RGK(EX)

14                    Plaintiff(s),    **SUPPLEMENTAL MEMORANDUM**
                                       **IN SUPPORT OF LOCAL RULE 37**
15       vs.                           **JOINT STIPULATION**

16  BOARD OF TRUSTEES OF THE
17  CALIFORNIA STATE UNIVERSITY
    (the State of California acting in its higher
18  education capacity); ERIKA DREW
19  BECK, in her official capacity as President
    of California State University, Northridge;
20  ZEINA OTAKY RAMIREZ, in her
21  official capacity as Director of Student
    Conduct and Ethical Development at
22  California State University, Northridge;
23  WILLIAM WATKINS, in his official
    capacity as Vice President of Student
24  Affairs at California State University,
25  Northridge

26                    Defendant(s).

27

28



FILED

CLERK, U.S. DISTRICT COURT

2/28/25

CENTRAL DISTRICT OF CALIFORNIA

BY_____MRV_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

- 1 -

## INTRODUCTION

1.    This supplemental memorandum, pursuant to Local Rule 37.2.3, serves as a true declaration under penalty of perjury signed by Plaintiff Edwin Hamid Nahavandi, towards the events which took place in the United States Department of Justice Federal building.

2.    Video and audio surveillance cameras in the United States Department of Justice Federal building can further confirm Plaintiffs statements.

3.    Plaintiff requests that this Court obtain and review the video and audio footage by subpoenaing the Department of Justice to verify Plaintiff's serious claims.

## STATEMENT OF FACTS

4.    The video and audio camera footage in the Department of Justice Federal building can confirm that counsel Cristina Matsushima had:

5.    Told Plaintiff that the Judge has agreed to dismiss Plaintiff's case before the submission of their Motion for Discovery Sanctions and fine him, telling Plaintiff that he is a stupid kid for believing that this Court will give him a trial and that Plaintiff is too stupid to understand how the world works, or he would understand why this happened to him;

6.    Specified to Plaintiff that in the beginning before drafting the Motion for Discovery Sanctions that Judge Charles has agreed with the Department of Justice to dismiss Plaintiff's claims and fine the Plaintiff after the filing of their Motion for Sanctions;

7.    Told Plaintiff that the Department of Justice would delete and remove all the video and audio surveillance tapes of their conversations, deny all of Plaintiff's claims, and bring witnesses to support her alibi.

## RELIEF SOUGHT

8.    Give Plaintiff the video and audio surveillance tapes of the United States Department of Justice Federal building, for proof of evidence in the anticipation of future litigation.

9.      Order the Department of Justice to preserve and maintain their video and audio surveillance tapes, for proof of evidence in the anticipation of future litigation.

DATED: _2/28/25_____

Signature: _Edwin Nahavandi_____

Plaintiff in Pro Per

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF LOCAL RULE 37 JOINT STIPULATION