UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-3791-RGK(Ex) | Date | March 31, 2025 |
| Title | EDWIN HAMID NAHAVANDI v. BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**        **(IN CHAMBERS)**

   The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Defendant's Motion for Sanctions" ("the Motion"), filed February 25, 2025. The Magistrate Judge heard oral argument on March 28, 2025.

   It is ordered that, on or before April 11, 2025, Plaintiff shall serve on Defendant amended Rule 26(a)(1)(A)(i) disclosures and amended verified answers without objection to the subject interrogatories. See Minute Order filed December 18, 2024; see also Fed. R. Civ. P. 26(a)(1), 33(b)(3).

   Except as expressly stated herein, the Motion is denied. This denial is without prejudice to Defendant's right to file a motion for similar sanctions, if appropriate, after the District Judge rules on "Defendant's Motion for Summary Judgment," filed March 21, 2025.

   Any party seeking review of this Order shall cause the preparation and filing of a transcript of the March 28, 2025 hearing.

cc:    Judge Klausner
       Plaintiff
       All Counsel of Record

                                                                Initials of Deputy Clerk  VMUN