Edwin Hamid Nahavandi
5710 Comanche Ave.
Woodland Hills, CA. 91367
Telephone: (818) 569-9673
Email: edwin.nahavandi@gmail.com

Plaintiff in pro per

FILED
CLERK, U.S. DISTRICT COURT
4/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  RYO  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWIN HAMID NAHAVANDI<br><br>                 Plaintiff(s),<br><br>  vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the State of California acting in its higher education capacity); ERIKA DREW BECK, in her official capacity as President of California State University, Northridge; ZEINA OTAKY RAMIREZ, in her official capacity as Director of Student Conduct and Ethical Development at California State University, Northridge; WILLIAM WATKINS, in his official capacity as Vice President of Student Affairs at California State University, Northridge<br><br>                 Defendant(s). | Case No. 2:24-cv-03791-RGK(EX)<br><br>**AMENDED DECLARATION IN SUPPORT OF OPPOSITION FOR SUMMARY JUDGEMENT**<br><br>**Hearing Date: April 21, 2025**<br>**Hearing Time: 9:00 AM**<br>**Judge: Honorable Gary R. Klausner**<br>**Place: Courtroom 850, Building 8** |

- 1 -
AMENDED DECLARATION IN SUPPORT OF OPPOSITION FOR SUMMARY JUDGEMENT

# DECLARATION

I, Plaintiff EDWIN HAMID NAHAVANDI (hereinafter "Plaintiff"), declare as follows:

1. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto, as well as provide evidence, if available, to support my testimony.

2. I have provided the Defendant's with true and correct copies of discovery evidence.

3. I have provided this Court with true and correct, redacted and/or relevant copies of exhibited evidence.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/1/25

Signature: *Edwin Nahavandi*

Plaintiff in Pro Per