Edwin Hamid Nahavandi
5710 Comanche Ave.
Woodland Hills, CA. 91367
Telephone: (818) 569-9673
Email: edwin.nahavandi@gmail.com

Plaintiff in pro per

FILED
CLERK, U.S. DISTRICT COURT
4/8/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  RYO  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EDWIN HAMID NAHAVANDI<br><br>Plaintiff(s),<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (the State of California acting in its higher education capacity); ERIKA DREW BECK, in her official capacity as President of California State University, Northridge; ZEINA OTAKY RAMIREZ, in her official capacity as Director of Student Conduct and Ethical Development at California State University, Northridge; WILLIAM WATKINS, in his official capacity as Vice President of Student Affairs at California State University, Northridge<br><br>Defendant(s). | Case No. 2:24-cv-03791-RGK(EX)<br><br>**NOTICE OF EX PARTE APPLICATION TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

- 1 -
NOTICE OF EX PARTE EX PARTE APPLICATION TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

**NOTICE TO ALL PARTIES**

1. PLEASE TAKE NOTICE that counsel may oppose the ex parte application for electronic filing no later than 3:00 p.m. on the first business day following service in the California Central District Court of Edward R. Roybal Federal Building and United States Courthouse located at 255 East Temple Street Los Angeles, CA. 90012-3332.

2. IF counsel doesn't intend to oppose the ex parte application for electronic filing, they are required to inform the County Deputy Clerk Joseph Remigio at joseph_remigio@cacd.uscourts.gov.

3. This ex parte application for electronic filing is made pursuant to the Central District of California L.R. 7-19.1, which took place on April 6, 2025.

DATED: 4/8/25

Signature: Edwin Nahavandi

Plaintiff in Pro Per