JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HAMID NAHAVANDI,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:24-cv-03791-RGK-MRWx<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Courtroom: 850<br>Judge:  Hon. R. Gary Klausner |

///

///

///

1

1       On May 1, 2025, the Court issued an order GRANTING Defendant Board of Trustees of the California State University's (Defendant) Motion for Summary Judgment (MSJ) as to Plaintiff Edwin Hamid Nahavandi's (Plaintiff) remaining cause of action for violations of Title VI of the Civil Rights Act.  Order re Def. MSJ, ECF 115.  Without making express findings regarding whether Plaintiff was engaged in a protected Title VI activity, or, to the extent that Plaintiff was engaged in a protected activity, whether there was a causal link between his suspension and that activity, the Court concluded that Defendant had a legitimate, non-retaliatory reason for Plaintiff's suspension.  *Id.* at 4.  Specifically, the Court concluded that Defendant's decision to suspend Plaintiff based on his disruptive messages was legitimate and non-retaliatory.  *Id.*

       Accordingly, IT IS ORDERED AND ADJUDGED that (1) judgment be entered in favor of Defendant Board of Trustees of the California State University on all claims in Plaintiff's Complaint; and (2) Plaintiff Edwin Hamid Nahavandi takes nothing against Defendant Board of Trustees of the California State University in this action.

Dated:  5/6/2025        _____
                        Honorable R. Gary Klausner
                        United States District Judge